REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. GERALD MCANDREWS et al., Respondents, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. PAUL MEEGAN et al., Respondents, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. MICHAEL PETRIK et al., Respondents, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. (Appeal No. 38.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

ROBERT F. COLE, Respondent, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. KENNETH N. FISHER, Respondent, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. HARRY J. LAUBER, JR., et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. GERALD MCANDREWS et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. PAUL MEEGAN et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. MICHAEL PETRIK et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. (Appeal No. 39.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

MARGARET AUSTIN, Individually and as Administratrix of the Estate of MICHAEL AUSTIN, Deceased, Respondent, v